UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUAN JOSE HURTADO HUERTA,                        Case No. 1:25-cv-1784

       Petitioner,                                             Hon. Paul L. Maloney
                                                                               U.S. District Court Judge
v.

KEVIN RAYCRAFT, et al.

       Respondents.
_____/

## STIPULATED ORDER TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner and Respondents, by their respective counsel, hereby stipulate to a dismissal of this case in its entirety, without costs or attorneys' fees to any party.

**SO STIPULATED:**

Dated: December 19, 2025                    /s/ *Willian A Quiceno* (with consent)
                                                       WILLIAM A. QUICENO
                                                       Kempster, Corcoran, Quiceno & Lenz-Calvo, Ltd.
                                                       332 Michigan Ave., Suite 142B
                                                       Chicago, IL 60604
                                                       (312) 341-9730, Ext. 134
                                                       williamq@klc-ltd.com
                                                       Attorneys for Petitioner


Dated:  December 19, 2025                  /s/ *Ryan D. Cobb*
                                                       RYAN D. COBB
                                                       Assistant United States Attorney
                                                       Post Office Box 208
                                                       Grand Rapids, MI 49501-0208
                                                       (616) 456-2404
                                                       Ryan.Cobb@usdoj.gov
                                                       Attorneys for Respondents

2

**IT IS SO ORDERED:**

Dated:  December 30, 2025               /s/ Paul L. Maloney
                                        Hon. Paul L. Maloney
                                        U.S. District Court Judge